UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IMOGENE YARBROUGH,              ) | |
| Plaintiff,                               ) | |
| vs.                                          ) | Case No. 4:15-CV-926-CEJ |
| KEITH D. WILKEY and ORTHOPEDIC  ) ASSOCIATES, LLC,                      ) | |
| Defendants.                          ) | |

### ORDER

Upon the oral motion of plaintiff,

**IT IS HEREBY ORDERED** that this action is dismissed against defendant Keith D. Wilkey with prejudice. Fed. R. Civ. P. 41(a)(2).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2017.