UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IMOGENE YARBROUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15-CV-926-CEJ |
| | ) |
| KEITH D. WILKEY and ORTHOPEDIC ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon the oral motion of plaintiff,

**IT IS HEREBY ORDERED** that this action is dismissed against defendant Orthopedic Associates, LLC, with prejudice. Fed. R. Civ. P. 41(a)(2).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2017.